Filed 6/22/21  P. v. Jackson CA2/4

NOT TO BE PUBLISHED IN THE OFFICIAL REPORTS

California Rules of Court, rule 8.1115(a), prohibits courts and parties from citing or relying on opinions not certified for publication or ordered published, except as specified by rule 8.1115(a). This opinion has not been certified for publication or ordered published for purposes of rule 8.1115(a).

IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA

SECOND APPELLATE DISTRICT

DIVISION FOUR

| | |
|---|---|
| THE PEOPLE,<br><br>    Plaintiff and Respondent,<br><br>v.<br><br>JACK JACKSON, JR.,<br><br>    Defendant and Appellant. | B306544<br><br>Los Angeles County<br>Super. Ct. No. GA009645 |

APPEAL from an order of the Superior Court of Los Angeles County, Suzette Clover, Judge. Dismissed.

Adrian K. Panton, under appointment by the Court of Appeal, for Defendant and Appellant.

No appearance for Plaintiff and Respondent.

In 1992, defendant and appellant Jack Jackson Jr. pled guilty to one count of mayhem (Pen. Code, § 203), and the trial court sentenced him to an upper term of eight years in state prison. In 2020, Jackson filed a petition for resentencing under Penal Code section 1170.95. The trial court denied the petition, concluding Jackson was ineligible for relief because he was not convicted of murder. Jackson timely appealed.

Appellate counsel filed a brief identifying no issues and asking us to review the record independently. (*People v. Wende* (1979) 25 Cal.3d 436.) The court notified Jackson he had 30 days to file a supplemental brief. Jackson did not file a supplemental brief. This court has no independent duty to review the record for reasonably arguable issues. (*People v. Cole* (2020) 52 Cal.App.5th 1023, 1039-1040, review granted, Oct. 14, 2020, No. S264278.) We therefore dismiss Jackson's appeal as abandoned. (*Ibid.*)

## DISPOSITION

The appeal is dismissed.

**NOT TO BE PUBLISHED IN THE OFFICIAL REPORTS**

CURREY, J.

We concur:

MANELLA, P.J.

WILLHITE, J.